# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOY WINSTON,<br><br>    Petitioner,<br><br>vs.<br><br>CAROLYN MYLES, *et al.*,<br><br>    Respondents. | Case No. 2:12-cv-01844-JAD-CWH<br><br>**ORDER** |

Joy Winston, a Nevada prisoner, through counsel, has filed two motions for extensions of time to file an amended petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (Doc. 29 and Doc. 30). Good cause appearing, an extension of time is granted.

**IT IS THEREFORE ORDERED** that petitioner's first motion to extend time (Doc. 29) is **GRANTED** nunc pro tunc.

**IT IS FURTHER ORDERED** that petitioner's second motion to extend time (Doc. 30) is **GRANTED**. Petitioner shall file her first amended petition on or before December 19, 2014.

Dated: December 8, 2014.

_____
UNITED STATES DISTRICT JUDGE