# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Joy Winston,

    Petitioner,

vs.

Sheryl Foster, et al.,

    Respondents.

Case No.: 2:12-cv-01844-JAD-CWH

**Order**

    Petitioner Joy Winston moves for a second extension of her time for response to Respondents' motion to dismiss. She now seeks an additional 46 days. Her counsel represents that Respondents have no objection to the extension.

    Accordingly, and with good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for an enlargement of time **[#52] is GRANTED**. Petitioner's opposition to Respondents' motion to dismiss [#49] is due by June 15, 2015.

    DATED May 1, 2015.

_____
Jennifer A. Dorsey
United States District Judge