# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Joy Winston,

    Petitioner

v.

Dwight Neven, et al.,

    Respondents

2:12-cv-01844-JAD-CWH

**Order Reopening Case**

[ECF No. 78]

Joy Winston, who is represented by the Federal Public Defender, moves to reopen this habeas case, which I stayed pending the conclusion of her state-court proceedings. Respondents have filed a non-opposition to Winston's request. Good cause appearing,

IT IS ORDERED that Winston's motion to reopen **[ECF No. 78] is GRANTED.** Respondents must answer or file a new or renewed motion to dismiss Winston's amended petition [ECF No. 32] by **April 28, 2017.** If an answer is filed, Winston will have 45 days to file a reply.

Dated this 13th day of March, 2017.

_____
Jennifer A. Dorsey
United States District Judge