# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Joy Winston,

    Petitioner

v.

Dwight Neven, et al.,

    Respondents

2:12-cv-01844-JAD-CWH

**Order Granting Motion to Dismiss**

[ECF No. 82]

Joy Winston, who is represented by the Federal Public Defender, moves to voluntarily dismiss her petition. She indicates that she obtained relief in state court, so she no longer wishes to litigate her federal habeas petition. Accordingly, with good cause appearing,

IT IS HEREBY ORDERED that Winston's motion to voluntarily dismiss her petition **[ECF No. 82] is GRANTED.**

The petition is DISMISSED. The Clerk of Court is directed to CLOSE THIS CASE.

Dated this 12th day of April, 2017.

_____
Jennifer A. Dorsey
United States District Judge